```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA                                         :
                                                                 :
              -v-                                                :      21 Cr. 636 (JPC)
                                                                 :
RICARDO CRUCIANI                                                 :         ORDER
                                                                 :
              Defendant.                                         :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 21, 2021, the Government and the Defendant appeared in court for the Defendant's arraignment and his initial pretrial conference. During the conference, the Government advised the Court that the parties have been in communication about a protective order for discovery and that the Government hoped to submit a proposed stipulated protective order to the Court either that day or sometime that week. Dkt. 12 at 9. The Defendant's counsel flagged a concern with language that would restrict the Defendant's ability to review discovery while on home confinement. *Id.* at 14. The parties have yet to submit a proposed stipulated protective order for the Court's consideration. Accordingly, it is hereby ordered that, by December 3, 2021, the parties shall either submit a joint letter advising the Court regarding the status of the protective order or submit a proposed stipulated protective order for the Court's approval.

SO ORDERED.

Dated: November 23, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge