# ABRAMS AF FENSTERMAN

Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP

Attorneys at Law
1 MetroTech Center, Suite 1701
Brooklyn, New York 11201
Telephone: (718) 215-5300
Fax: (718) 215-5304
www.abramslaw.com

December 1, 2021

**BY ECF**
The Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Cruciani*, 21-CR-00636 (JPC)

Dear Judge Cronan:

Please accept this letter on behalf of the undersigned, one of the counsel that has made application to be relieved and to appoint CJA counsel to represent Mr. Cruciani in the above-referenced Indictment (Document No. 16), which application is going to be heard before your Honor tomorrow at 230 p.m.

Via this letter I am respectfully requesting that I be excused from tomorrow's formal appearance, but that the application nevertheless go forward on behalf all counsel including the undersigned. My co-defense colleagues Frederick Sosinsky and Elizabeth Macedonio , also co-applicants, have agreed to appear on my behalf.

The reason for this request is that I was advised late yesterday following the issuance of this Court's scheduling order that I must also appear in Queens County at the same time, following a lengthy investigation, for my clients arraignment on felony charges by the State Attorney General, which is a surrender that cannot be moved. Since it is also not practical to move the time of tomorrow's appearance in the instant matter, I am confident that the issues will be aptly presented and both the client and the undersigned will be well represented by my co-counsel.

Thank you for you consideration of the above.

Mr. Furman's request is granted. Frederick Sosinsky and Elizabeth Macedonio shall appear at tomorrow's conference.

SO ORDERED.

Date:  December 1, 2021
       New York, New York

Respectfully,

ABRAMS FENSTERMAN et al LLP

_____
JOHN P. CRONAN
United States District Judge

							By : Mark L. Furman