UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                                :
:
:
           -v-                                                            :          21 Cr. 636 (JPC)
:
:              ORDER
RICARDO CRUCIANI,                                                        :
:
                  Defendant.                                          :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On December 2, 2021, the parties appeared in court regarding defense counsel's request to be relieved as counsel on this matter and that new counsel be appointed to represented Defendant pursuant to the Criminal Justice Act.  It is hereby ordered that Defendant shall provide an affidavit sworn under oath and under penalty of perjury, providing a detailed picture of his assets and liabilities, including:

- The balance on any accounts in Defendant's name, either individual or joint, for every year on January 1st going back to 2017 (January 1, 2017, January 1, 2018, January 1, 2019, January 1, 2020, and January 1, 2021).

- The balance on any accounts in Defendant's name, either individual or joint, as of the date of the affidavit.

- Any transfers of more than $1,000 that were made from any accounts in Defendant's name, either individual or joint, including but not limited to any money moved to accounts of Defendant's wife or other family members.

- Any investment accounts or other investments going back to January 1, 2017, and any money that is coming in from investments such as dividends.

- Any property holdings, including residences or cars, in Defendant's name, either individual or joint, going back to January 1, 2017, including when the property was moved out of Defendant's name.

- Any income received by Defendant since January 1, 2017.

- Significant expenses of Defendant since January 1, 2017.

Defendant is permitted to file the affidavit under seal and the affidavit must be filed no later than January 18, 2022.  By December 8, 2021, Defendant shall advise the Court regarding whether he is able to submit the affidavit by an earlier date.

    SO ORDERED.

Dated: December 2, 2021
       New York, New York

                                        JOHN P. CRONAN
                                  United States District Judge