UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                          :
UNITED STATES OF AMERICA                                  :
                                                          :
            -v-                                           :          21 Cr. 636 (JPC)
                                                          :
RICARDO CRUCIANI                                          :          ORDER
                                                          :
                        Defendant.                        :
                                                          :
--------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        As ordered by the Court on December 2, 2021, Dkt. 20, Defendant submitted his financial

affidavit to the Court on January 6, 2022.  Defendant's financial affidavit was accompanied by a cover

letter in which Defendant requested that he be permitted to file both his affidavit and the cover letter

under seal and *ex parte*.  The Government shall advise the Court by January 13, 2022 whether it

opposes Defendant's request to file under seal and *ex parte*.  Defendant shall respond to any objection

by the Government by January 18, 2022.  The parties shall appear for an appointment of counsel

proceeding on January 19, 2022 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan

Courthouse, 500 Pearl Street, New York, New York 10007.  Messrs. Frederick Lawrence Sosinsky

and Mark Lawrence Furman, and Ms. Elizabeth Edwards Macedonio shall remain counsel of record

for Defendant until new counsel is appointed.

        SO ORDERED.

Dated: January 10, 2022
       New York, New York                          _____
                                                        JOHN P. CRONAN
                                                    United States District Judge