UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                        :

UNITED STATES OF AMERICA,             :

                        :

         -v-                  :              21 Cr. 636 (JPC)

                        :

                        :               ORDER

RICARDO CRUCIANI,               :

                        :

            Defendant.       :

                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Defendant was arraigned on October 21, 2021, yet Rule 16 discovery still has not been produced.  In its February 2, 2022 letter, the Government represents that discovery production has been prepared, but has not been turned over to Defendant because the parties have not executed a proposed protective order for the Court's approval.  Dkt. 28 at 1-2.  It is hereby ordered that, by the end of the day on February 3, 2022, the parties shall meet and confer regarding a proposed protective order and report to the Court as to whether an agreement is reached.  If an agreement is not reached, the Court will set a briefing schedule for next week on whether a protective order should be entered and the terms of such order.

      SO ORDERED.

Dated: February 3, 2022
      New York, New York                             _____
                                           JOHN P. CRONAN
                                  United States District Judge