UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
:
:
:
         -v-                                                      :       21 Cr. 636 (JPC)
:
:       <u>ORDER</u>
RICARDO CRUCIANI,                                                       :
:
                Defendant.                                        :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On February 3, 2022, the Court ordered the parties to meet and confer regarding a proposed protective order and to report to the Court as to whether an agreement is reached.  Dkt. 29.  The February 3, 2022 deadline has passed and the parties have not submitted a proposed protective order for the Court's approval.  It is hereby ordered that, by February 10, 2022, the parties shall each submit a letter brief of no more than five pages to the Court addressing (1) their views as to whether a protective order for discovery is appropriate in this case and, if so, the terms of such order, and (2) their positions as to any points of disagreement between the parties regarding a protective order.  Each party may also submit a proposed protective order for the Court's consideration.

        SO ORDERED.

Dated: February 7, 2022
       New York, New York                            _____
                                                                            JOHN P. CRONAN
                                                              United States District Judge