```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                                                                  :
             -v-                                                  :     21 Cr. 636 (JPC)
                                                                  :
                                                                  :           ORDER
RICARDO CRUCIANI,                                                 :
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      During the January 19, 2022 hearing held on Defendant's application for appointment of counsel, the Court directed Defendant to make any further submissions on whether his financial affidavit should remain sealed and *ex parte* by February 2, 2022 and the Government to file any response by February 9, 2022.  The Court has reviewed the parties' supplemental submissions. Dkts. 27, 34.  Accordingly, it is hereby ordered that the parties shall appear in person for a conference on February 15, 2022 at 10:00 a.m. to discuss Defendant's application to file his financial affidavit under seal and *ex parte*.  The conference will be held in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007

      SO ORDERED.

Dated: February 10, 2022  
      New York, New York  
                                                JOHN P. CRONAN  
                                           United States District Judge