UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
                                                                        :
                                                                        :
            -v-                                                         :   21 Cr. 636 (JPC)
                                                                        :
                                                                        :   ORDER
RICARDO CRUCIANI,                                                       :
                                                                        :
                        Defendant.                                      :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        During the hearing held on February 15, 2022, the Court denied Defendant's request to file his November 29, 2021 and January 6, 2022 financial affidavits in connection with his application for appointment of counsel under the Criminal Justice Act (the "Financial Affidavits") under seal and *ex parte*.  Dkt. 41 at 28-35.  The Court, however, permitted Defendant to file the Financial Affidavits subject to redactions in order to protect the privacy interests of third parties, and directed the Government and Defendant to meet and confer and file proposed redactions for the Court's approval by March 15, 2022.  *Id.* at 35-42.  On February 28, 2022, Defendant filed a notice of appeal of the Court's February 15, 2022 decision.  Dkt. 43.  In light of Defendant's appeal, it is hereby ORDERED that the parties shall meet and confer and submit proposed redactions to the Financial Affidavits under seal for the Court's approval by March 15, 2022, as previously ordered by the Court during the February 15, 2022 hearing, but the Court will stay any public unsealing of the Financial Affidavits pending a decision on Defendant's appeal.

        SO ORDERED.

Dated: March 1, 2022
      New York, New York
                                                          JOHN P. CRONAN
                                                      United States District Judge