UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                              :
:
:
:
         -v-                                                           :     21 Cr. 636 (JPC)
:
:                  ORDER
RICARDO CRUCIANI,                                                      :
:
                Defendant.                                             :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      During the hearing held on February 15, 2022, the Court denied Defendant's request to file his November 29, 2021 and January 6, 2022 financial affidavits in connection with his application for appointment of counsel under the Criminal Justice Act (the "Financial Affidavits") under seal and *ex parte*. Dkt. 41 at 28-35. The Court also directed the Government and Defendant to meet and confer regarding the scope of redactions, and for Defendant to submit proposed redactions to the Financial Affidavits for the Court's approval by March 15, 2022. *Id.* at 35-42; Dkt. 44. In accordance with the Court's order, on March 15, 2022, Defendant filed the proposed redactions to the Financial Affidavits *ex parte* and filed an accompanying cover letter on the docket explaining the bases for the redactions. Dkt. 46. The Court has reviewed Defendant's proposed redactions to the Financial Affidavits and find them to be reasonable and narrowly tailored to protect the privacy interests of non-parties under the standard set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).

Accordingly, it is hereby ORDERED that Defendant's request to file the Financial Affidavits with the proposed redactions is granted. The Court will stay any public unsealing of the Financial Affidavits pending the decision on Defendant's appeal. Within one week of the decision on Defendant's appeal, Defendant shall file a letter advising the Court as to the outcome of the appeal and, if appropriate based on the outcome of the appeal, file the redacted Financial Affidavits on the docket.

SO ORDERED.

Dated: April 4, 2022
New York, New York

JOHN P. CRONAN
United States District Judge