```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                                                                  :        21 Cr. 636 (JPC)
              -v-                                                 :
                                                                  :             ORDER
                                                                  :
RICARDO CRUCIANI,                                                 :
                                                                  :
                         Defendant.                               :
                                                                  :
------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

During the conference held on April 19, 2022, the Court set a briefing schedule on any pretrial motions that Defendant intends to file: Defendant's moving brief is due by September 30, 2022; the Government's opposition is due by October 14, 2022; Defendant's reply, if any, is due by October 21, 2022. The parties shall appear for any evidentiary hearing and an oral argument on Defendant's motion on December 1, 2022, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. If Defendant does not file a motion, the parties shall appear at that date and time for a status conference.

The Court also set a trial commencement date in this case for January 23, 2023. The Government shall provide Defendant with notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by December 5, 2022. By December 12, 2022, the parties shall submit proposed *voir dire*, requests to charge, and verdict forms. Any motions *in limine* also shall be filed by December 12, 2022, with oppositions to those motions due by December 19, 2022. The Court also directs the parties to Part 7 of its Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and materials

pursuant to 18 U.S.C. § 3500.  The Court will hold a Final Pretrial Conference on January 17, 2023, at 10:00 a.m.  Unless otherwise advised by the Court, the Final Pretrial Conference shall occur in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: April 19, 2022
       New York, New York

                                    JOHN P. CRONAN
                                United States District Judge