UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,      :

     - v. -                   :

RICARDO CRUCIANI,              :

          Defendant.        :

- - - - - - - - - - - - - - - x

                      NOLLE PROSEQUI

                      21 Cr. 636 (JPC)

     1.   The filing of this nolle prosequi will dispose of this case with respect to RICARDO CRUCIANI, the defendant.

     2.   On October 18, 2021, a grand jury in this District returned Indictment 21 Cr. 636, charging RICARDO CRUCIANI, the defendant, with five counts of enticement, in violation of 18 U.S.C. §§ 2422 and 2, in connection with CRUCIANI's sex abuse of five respective victims under his medical care as a pain management doctor.  The case was assigned to the Honorable John P. Cronan.

     3.   On or about August 15, 2022, while the above-captioned case was pending, but prior to any trial or other disposition, RICARDO CRUCIANI, the defendant, died.

     4.   Because RICARDO CRUCIANI, the defendant, died while this case was pending, and therefore before a final judgment was issued, the Indictment must be dismissed under the rule of abatement.  *See United States v. Wright*, 160 F.3d 905, 908 (2d Cir. 1998).

5.    Accordingly, I recommend that an order of <u>nolle prosequi</u> be filed as to defendant RICARDO CRUCIANI.

Dated:    New York, New York
          August 17, 2022

_____
Jane Kim / Jacqueline C. Kelly
Assistant United States Attorneys


Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of <u>nolle prosequi</u> be filed as to defendant RICARDO CRUCIANI with respect to Indictment 21 Cr. 636 (JPC).

Dated:    New York, New York
          August 16, 2022

_____
DAMIAN WILLIAMS
United States Attorney
Southern District of New York


SO ORDERED:

Dated:    New York, New York
          August <u>24</u>, 2022

_____
HONORABLE JOHN P. CRONAN
United States District Judge
Southern District of New York

2